IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR130 |
| vs. | |
| TOMAS BENCOMO, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's Motion to Modify Conditions of Release (Filing No. 22). Upon review of the motion, the Court finds that it should be denied without prejudice. Accordingly,

**IT IS ORDERED:**

1. The defendant's Motion to Modify Conditions of Release [22] is denied without prejudice.

2. The defendant's counsel shall meet and confer with the defendant's supervising officer to establish all details with regard to each of the travel requests in the motion.

3. If the conditions set forth in the defendant's motion are acceptable to Pretrial Services, a consent modification setting forth the details of the requested travels can be submitted to the Court for approval.

4. The government shall be notified of the proposed consent modification and, if possible, its position shall be made known to the Court.

Dated this 28th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge